# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CRIMINAL MINUTES - GENERAL

| Case No. | **SACR12-00097(A)-JLS-2** | Date | December 19, 2014 |
|---|---|---|---|

Present: The Honorable   JOSEPHINE L. STATON, U.S. DISTRICT JUDGE

Interpreter   None

| Terry Guerrero | Deborah Parker | Sandy Leal and Daniel Weiss |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| (2) MARQUIS MONTE HORN | X | X | | (2) H. Dean Steward | X | X | |

**Proceedings:**   **RESTITUTION HEARING**

Hearing held. Oral arguments heard. Court ruled as set forth on the record. Amended Judgment and Commitment to issue.

|  | 00 | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | tg | | |