Katherine Corrigan, SBN 132226
CORRIGAN WELBOURN & STOKKE,
A PROFESSIONAL LAW CORPORATION
4100 Newport Place, Suite 550
Newport Beach, CA 92660
Telephone: 949-251-0330
Facsimile: 949-251-1181
E-Mail: kate@cwsdefense.com

Attorneys for Defendant ROSHAUN PORTER

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ROSHAUN PORTER,<br><br>Defendant | Case: SA CR 12-00097-JLS<br><br>DEFENDANT'S SUPPLEMENT TO POSITION RE: SENTENCING: SUBMISSION OF LETTER IN SUPPORT THEREOF<br><br>Sentencing Date: February 20, 2015<br>Hearing Time: 10:30 a.m. |

**TO THE HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE, THE UNITED STATES ATTORNEY'S OFFICE AND ITS ATTORNEYS OF RECORD, ASSISTANT UNITED STATES ATTORNEY SANDY LEAL AND USDOJ ATTORNEY DANIEL WEISS, AND UNITED STATES PROBATION OFFICER KATHLEEN PERALTA:**

Defendant ROSHAUN PORTER (hereinafter the "*Defendant*"), by and through his counsel of record, Katherine Corrigan, hereby files an additional letter for the Court to consider at the time of Defendant sentencing in the above-entitled matter.

DATED: February 14, 2015     _/S/_____
                             Katherine Corrigan
                             Attorney for Defendant
                             ROSHAUN PORTER

1

I.

## INTRODUCTION

Defendant respectfully submits this supplemental filing in order to further provide information to assist the Court in fashioning a sentence "sufficient but not greater than necessary" to achieve the statutory purposes of punishment, as required by 18 U.S.C. Section 3553(a) in light of *United States v. Booker*, 125 U.S. 738 (2005).

After full analysis of the sentencing factors in this case, the Defendant requests that this Court impose a sentence of no more than 78 months imprisonment followed by a 5-year period of supervised release, the same sentence that the co-defendant received in this case. In addition, the Defendant requests that the Court recommend that he be housed in the Southern California area due to close family ties, and that he be permitted to apply for participation in the RDAP program due to his substance abuse problems.

The letter attached hereto as Exhibit A is written by a long-time friend of the Defendant, Christopher Jones. In the letter, Mr. Jones shares his observations and impressions of the Defendant. His vantage point comes from long terms friendship. They have known each other for 24 years.

II.

## CONCLUSION

In light of the pleadings filed on the Defendant's behalf, along with this series of letters, it is respectfully requested that the Court consider sentencing the Defendant in a manner consistent with the Defendant's sentencing position.

DATED: February 14, 2015          Respectfully submitted,


\_\_/s/_____
Katherine Corrigan
Attorney for Defendant

2

Defendant's Supplement to Sentencing Position

# EXHIBIT A

To: The honorable Josephine L. Staton

My name is Christopher Jones; I'm a 36 father of three (3) children, one (1) with special needs. I'm a former construction worker and current student. It is understanding that this letter will not be used for assisting with determining innocence and/or guilt, furthermore, innocence and guilt has already been associated and agreed upon by both prosecuting and defense attorneys. I hope you do not take offense, but I've researched your professional career, and recognize you to be very accomplished person, as well as fair and un-biased judge. As a judge, I understand you are burdened with the eminence responsibility to deliberate over the facts of this case, and many others, and determine a judgment that is in accordance with Federal law and the United States Constitution, while observing the humanity of a legal system designed to correct and redeem. Although I cannot discern any possible manner for me to convey to you that I'm a man of morals and principles, through the confines of a letter, and it is nearly impossible to not perceive as a friend just trying to protect from the consequence of his actions, it is my hope that you would view me as a morally centered man of good character, and will value my assessment of Roshaun, although, I know that is a difficult undertaking, due to the serious nature of the charges against the accused.

I've known Roshaun for over twenty-four years, and I've only known him to be kind and considerate. When I discovered Roshaun had been arrested for the crimes he is being accused, I couldn't believe that he was involved and the accusations that attributed to his character. During the years of 2010 and 2011, Roshaun played an instrumental role with contributing the emotional, mental and financial need my family endured throughout the hospitalization of my middle child (Caitlyn Jones). I was emotionally and mentally out of it, trying to deal with the fact that my daughter was just born, and no bigger than my hand, while trying to present of image of optimism to the mother of my children. When Roshaun and Arquette arrived to the hospital, I lost it; I could stop crying enough to explain to them what was happening. I don't remember much from that night, but I know my brother and Roshaun stayed with me the entire night, and Roshaun said something that offered me comfort. Roshaun said; "no matter what the situation, there is nothing that God cannot make whole".

I grew up with Roshaun and was accepted as family, so it didn't surprise me that he would stay at the hospital with me and the mother of my children, days at a time, and would coordinate sleep-overs and welcomed my oldest daughter Makayla to family events, in order to provide some sense of normalcy to Makayla. However, I was blown away to discover that Roshaun was organizing car washes, picnics and requesting the church to ask for donations to help with the hospital cost. Roshaun did that for the three months Caitlyn was hospitalized. About a month after Caitlyn was allowed to come home from the hospital, I received a call from Roshaun, he reminded me of what he said to me in the hospital when Caitlyn was born (no matter what the situation, there is nothing God cannot make whole"). Roshaun reminded me that we had been blessed and we are required to pay it forward. We both determined the best way for us to "pay it forward" was to volunteer at the hospital Caitlyn was born, and before long Roshaun started bringing his daughters Maih and Kahily.

I can honestly say that I've became a better father from watching the way Roshaun interacts with his daughters. I remember Roshaun talking to my brother and I when discovered he was going to be a father. I never have seen him happier. He talked hours about the type of father he's going to be. Roshaun would illustrate the common misconceptions that are associated with new fathers. He would think up scenarios and issue that she would encounter for each stage of her life, and would try to think of the best possible way to be there as a father. When I asked him if he was concerned about having Mya and Kyly volunteer and what they may see, he responded by saying; when your daughter was in the hospital my daughters was confused, they understood that I was going to help you guys, but they wanted to know how they could help. I told them something you must leave in Gods, hands and trust him, my oldest, looked at me and said: after I leave it Gods hands, what do I do with my hands then? Roshaun laughed, and said; the most important lessons I can teach my children is the one they are ready to receive.

As I said before I've known Roshaun for over twenty years by way of my older brother, whom had attended school and played football with Roshaun at Polytechnic High school (located in Long Beach). Roshaun, my brother and I, were raised in single parent homes, where the primary parent is the mother. We developed an immediate kinship, relating to advantages and disadvantages of being raised by a single mother. All three (3) of us were taught to be very protective and respectful of the elders, children and women, conforming to a Christian understanding of morality and principles that our parents instilled within us very early in our upbringing. I've always known Roshaun to be very charitable and compassionate, and I've always been fascinated with Roshaun's capacity to find something to appreciate, regardless of your situation. Roshaun has always possessed an ability to find the very best in people and has offered himself and family to help support the community in which they live as well as the community at large. For example, Roshaun and his mother Patricia Patton have organized and made Christmas and Thanksgiving meals for the less fortunate in the neighborhood in they lived, more times that I count. Roshaun would always bring food or gift to the residents at the care facility that his aunt owns and his mother worked at, and volunteered countless hours to. I remember asking Roshaun why do he do it, he replied; I have been blessed with a mother and father, and I know I will never have to question whether they love me or not," Chris, some of these people do not have anyone to come visit them, say I love you or anything, I feel bad for acting like I don't see or can't do anything about it" he replied.

I've always known Roshaun to be a self-proclaimed mother's boy that spoke with and shown respect to everyone encountered. As a matter of fact, Roshaun would explain the principles of good manners and respect to our peers, at the time adolescence, when it was thought to be cool rebel against social and traditional norms. Roshaun has always been encouraging to everyone he meets, especially children, I could walk down the street with Roshaun without running into to someone he has helped or trying help. Roshaun has devoted much himself as a young man volunteering his time at the Y.M.C.A and afterschool program, like, (C.I.S) City in Schools). The kids that lived in the neighborhood would stop Roshaun all the time to tell him about how they were going to play football or basketball at Poly, and talk to him about what to expect when the go to high school. Roshaun would tell every young man go

into Poly High school the same thing; now is the time you get serious about your, life. He would advise at risk teens to see his father for counsel. As long as I've known Roshaun and his family, they have made positive contributions within the community that struggle with a series of challenges. Although, Roshaun has grew-up in community plagued with if far share of problems, Roshaun is a high school grad, which never succumbed to joining a gang to identify himself, in fact, Roshaun preached and still preaches against it.

Roshaun was raised by his mother, Patricia Patten, but his father Ray has always been in Roshaun's life. Raymond Porter has been an employee with the Long Beach School District for thirty (30) years or more. Ray has always been a positive role model, friend and parental figure not only to Roshaun, but to countless young men and women in community in which he works and resides. Roshaun and his father (Raymond Porter) have counseled my brother and I many times during our adolescence. Ray and Roshaun have a gift for encouraging a people to be comfortable with themselves and inspires the very best in people.

I apologize for the length of this letter, and don't really know if I provided you with any more information to help in this matter. I'm reminded of the word of Voltaire; " Woe to the makers of literal translations, who by rendering every word weaken the meaning! It is indeed by so doing that we can say the letter kills and the spirit gives life".
If you are a having dilemma with deciding whether or not to judge Roshaun as a harden criminal mastery-mind or a bumbling idiot that involved himself with people that have a history of making bad decisions. Please judge my friend for the idiot he is.

Although the courts and legal system doesn't involve themselves with God or religion, and since I used God in this letter on more than one occasion. It is important for me to define my belief in God to you, so you know that you aren't dealing with a radical.
God: something of supreme value, in other words, The Truth.

Thank you for your time.

Sincerly,
Christopher Jones

# CERTIFICATE OF SERVICE

I, Katherine Corrigan, declare:

That I am a citizen of the United States and resident or employed in Orange County, California; that my business address is Corrigan Welbourn & Stokke, APLC, 4100 Newport Place, Suite 550, Newport Beach, California 92660; that I am over the age of eighteen years, and am not a party to the above-entitled action;

That on *February 14, 2015*, I caused to be transmitted via e-mail or facsimile to the person(s) below and addressed as follows:

DEFENDANT'S SUPPLEMENT TO POSITION RE: SENTENCING: SUBMISSION OF LETTER IN SUPPORT THEREOF

Sentencing Date: February 20, 2015
Hearing Time: 10:30 a.m.

on the following persons:

Kathleen Peralta, USPO   E-Mail: Kathleen_Peralta@cacp.uscourts.gov
United States Probation Department
United States Courthouse
411 West 4th Street, 4th Floor
Santa Ana, CA 90271

This Certificate is executed on *February 14, 2015* at Newport Beach, California. I certify under penalty of perjury that the foregoing is true and correct.

Dated: February 14, 2015       _/s/_____
                               Katherine Corrigan

4

Defendant's Supplement to Sentencing Position