# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ___ Amended _____ )

| | |
|---|---|
| Case No.   SACR 12-0097(A)-JLS-1 | Date   February 20, 2015 |

Present: The Honorable   JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE

| Terry Guerrero | Deborah Parker | Sandy Leal and Daniel H. Weiss |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| ROSHAUN NAKIA PORTER | X | ☐ | Katherine T. Corrigan | ☐ | ☐ | X | None |

**PROCEEDINGS:**     **SENTENCING AND JUDGMENT HEARING**     ☐ Contested     ☐ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

___ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.     X  Refer to separate Judgment Order.
___ Imprisonment for  Years/months  on each of counts _____
    Count(s) _____ concurrent/consecutive to count(s) _____
    Fine of $_____ is imposed on each of count(s) concurrent/consecutive.
___ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
___ Confined in jail-type institution for _____ to be served on consecutive days/weekends
    commencing _____
___ years/months Supervised Release/Probation imposed on count(s) _____
    consecutive/concurrent to count(s) _____
    under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
    ___ Perform _____ hours of community service.
    ___ Serve _____ in a CCC/CTC.
    ___ Pay $_____ fine amounts & times determined by P/O.
    ___ Make $_____ restitution in amounts & times determined by P/O.
    ___ Participate in a program for treatment of narcotic/alcohol addiction.
    ___ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
    ___ Other conditions: _____
___ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
___ Pay $_____ per count, special assessment to the United States for a total of $_____
___ Imprisonment for  months/years  and for a study pursuant to 18 USC _____
    with results to be furnished to the Court within  days/months  whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
___ Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
 X  Defendant informed of right to appeal.
___ ORDER sentencing transcript for Sentencing Commission.     ___ Processed statement of reasons.
___ Bond exonerated _____ upon surrender     ___ upon service of _____
___ Execution of sentence is stayed until 12 noon, _____ at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
 X  Defendant ordered remanded to the custody of U.S. Marshal forthwith.
___ Issued Remand/Release   # _____
___ Present bond to continue as bond on appeal.     ___ Appeal bond set at $_____
___ Filed and distributed judgment. ENTERED.
 X  Other   Defendant waives right to restitution hearing.

                                                                                           1   :   20
                                                Initials of Deputy Clerk   tg

cc:

---

CR-90 (2/09)          **CRIMINAL MINUTES - SENTENCING AND JUDGMENT**          Page 1 of 1